FILED
SEP 26 2024
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In Re: Eduardo Garcia Castillo Y Elena | Case Number: 24-12641-A-13 |
|---|---|
| Debtor(s) | |

## MOTION TO EXTEND TIME TO FILE DOCUMENTS

I/we request an extension of time, not to exceed fourteen (14) days from the current deadline, to file the documents listed in the Court's Notice of Incomplete filing.

I/we need extra time for the following reasons:

_gather more documents._

I/we understand that if all the documents listed in the Court's Notice of Incomplete Filing are not filed by the Extended due date, this case will be dismissed without a further notice or hearing.

DATED: 9/26/24

_____
Debtor's Signature

_____
Joint Debtor's Signature

EDC Form 3-030, New 9/22